No. 75–1470. UDALL ET AL. *v.* BOWEN, GOVERNOR OF INDIANA, ET AL. Affirmed on appeal from D. C. S. D. Ind.

No. 75–898. SUTHERLAND ET AL. *v.* ILLINOIS. Appeal from Ct. App. Ill., 3d Dist., dismissed for want of substantial federal question. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 75–1250. STANDARD OIL CO. *v.* SHARPE, MOTOR VEHICLE COMPTROLLER. Appeal from Sup. Ct. Miss. dismissed for want of substantial federal question.

No. 75–6296. HARRIS *v.* CITY OF COLUMBUS, OHIO. Appeal from Sup. Ct. Ohio dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–35. LASH, WARDEN, ET AL. *v.* AIKENS ET AL. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Baxter* v. *Palmigiano, ante,* p. 308. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and case.